**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**CHRISTINE WALKER and**
**LELAND WALKER,**

**Plaintiffs,**

**v.**

**CHARLES BISHOP, M.D., GRANITE**
**CITY ILLINOIS HOSPITAL COMPANY,**
**LLC d/b/a GATEWAY REGIONAL**
**MEDICAL CENTER,**

**Defendants.**                                              **No. 07-cv-0343-DRH**

### ORDER

**HERNDON, District Judge:**

Pending before the Court is Defendants' motion to withdraw notice of removal (Doc. 7). Specifically, Defendants move to withdraw the notice of removal stating that Plaintiffs do not intend to assert and are not currently asserting a claim pursuant to Title VII of the Civil Rights Act, the basis on which Defendants removed the case. Plaintiffs do not oppose the motion to withdraw. Accordingly, the Court **GRANTS** the motion to withdraw notice of removal (Doc. 7). Because the Court lacks subject matter jurisdiction over Plaintiffs' Amended Complaint, the Court **REMANDS** this case to the Circuit Court of Madison County, Illinois.

**IT IS SO ORDERED.**

Signed this 30th  day of May, 2007.

/s/          David   RHerndon
**United States District Judge**